

# NUMBER 13-22-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SUSANA KARINA CANO

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Chief Justice Contreras[1]

Relator Susana Karina Cano filed a petition for writ of mandamus seeking to compel the trial court to vacate its order of December 31, 2021, which concerns, inter alia, the validity and enforceability of a prenuptial agreement. However, relator has now filed a pleading in this Court advising us that she no longer wishes to pursue this original proceeding and requesting that we allow the case to proceed in the trial court. We

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

construe relator's pleading as a motion to dismiss.

The Court, having examined and fully considered the motion to dismiss, is of the opinion that it should be granted. Accordingly, we lift the stay previously imposed in this case. *See* TEX. R. APP. P. 52.10(b). We grant relator's motion to dismiss, and we dismiss this petition for writ of mandamus.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
30th day of March, 2022.